No. 11-5625. **Gregory Todd Bowden, Petitioner v. United States.**

565 U.S. 916, 132 S. Ct. 334, 181 L. Ed. 2d 209, 2011 U.S. LEXIS 5849.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 420 Fed. Appx. 907.

No. 11-5626. **Michael L. Brown, Petitioner v. Guy D. Pierce, Warden.**

565 U.S. 916, 132 S. Ct. 335, 181 L. Ed. 2d 209, 2011 U.S. LEXIS 6097.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 11-5629. **Troy James Powell, Petitioner v. J. C. Holland, Warden.**

565 U.S. 916, 132 S. Ct. 335, 181 L. Ed. 2d 209, 2011 U.S. LEXIS 6321.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-5630. **Benjamin J. Wherry, Petitioner v. United States.**

565 U.S. 916, 132 S. Ct. 335, 181 L. Ed. 2d 209, 2011 U.S. LEXIS 5932.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-5632. **Darrell Watson, Petitioner v. Thomas LaValley, Superintendent, Great Meadow Correctional Facility, et al.**

565 U.S. 917, 132 S. Ct. 335, 181 L. Ed. 2d 209, 2011 U.S. LEXIS 5875.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 640 F.3d 501.

No. 11-5634. **Shaheed Wood, Petitioner v. United States.**

565 U.S. 917, 132 S. Ct. 335, 181 L. Ed. 2d 209, 2011 U.S. LEXIS 6263.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 11-5637. **Barry Dockery, Petitioner v. United States.**

565 U.S. 917, 132 S. Ct. 335, 181 L. Ed. 2d 209, 2011 U.S. LEXIS 5893.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 423 Fed. Appx. 487.